(Reap. Dec. 9368)

W. R. ZANES & COMPANY *v.* UNITED STATES

Entry No. 4648–H.

(Decided March 30, 1959)

*Siegel, Mandell & Davidson* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain electric motors exported from Antwerp, Belgium, and entered at the port of Houston, Tex.

Stipulated facts, upon which the case has been submitted, establish that the proper basis for appraisement of the merchandise in question is cost of production, as defined in section 402(f) of the Tariff Act of 1930, and that such statutory value thereof is the "invoice unit values less 16⅔% less 9¹⁄₁₁% plus 0.60% packed," and I so hold. Judgment will be rendered accordingly.